No. 95–271. MEKKAM *v.* OREGON HEALTH SCIENCES UNIVERSITY ET AL. Ct. App. Ore. Certiorari denied.

No. 95–272. RAY *v.* LEHMAN, COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 95–274. INGRAM *v.* HILLSBOROUGH COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–275. COEUR D'ALENE TRIBE *v.* IDAHO. C. A. 9th Cir. Certiorari denied.

No. 95–280. BUSER, BY HIS NEXT FRIENDS, BUSER ET AL. *v.* CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 95–284. MILLER *v.* GENTRY ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–288. BANK OF ISRAEL ET AL. *v.* LEWIN. C. A. 2d Cir. Certiorari denied.

No. 95–291. SPICKLER *v.* MAINE. C. A. 1st Cir. Certiorari denied.

No. 95–292. DIBIASE *v.* SMITHKLINE BEECHAM CORP. C. A. 3d Cir. Certiorari denied.

No. 95–293. GREGORY *v.* ELECTRICAL WORKERS LOCAL 58 PENSION TRUST FUND ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–294. COUNTY OF KERN ET AL. *v.* ANDERSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–295. COMANCHE INDIAN TRIBE OF OKLAHOMA *v.* HOVIS, JUDGE, DISTRICT COURT OF KIOWA COUNTY, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–297. HUBER *v.* HOWARD COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.